**IT IS ORDERED as set forth below:**

**Date: May 18, 2017**

**W. Homer Drake**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE: :
JEREMY KANE GROSS
BRITANNY NICOLE GROSS CHAPTER 7
: CASE NO. 17-10674-WHD

Debtor
: CONTESTED MATTER

HEADWATERS FINANCIAL CORP.
:
Movant,
vs. :

JEREMY KANE GROSS
:
Respondent,

**CONSENT ORDER MODIFYING THE AUTOMATIC STAY**

This matter is before the Court on the Motion for Modification of the Automatic Stay filed by HEADWATERS FINANCIAL CORP., (the "Movant"), Movant claims a security

interest in a 2016 Harley Davidson Streetglide, motor cycle, Model FLTRXS, VIN number 1HD1KTM14GB686446 ("Collateral")

Movant, by and through counsel and Debtor, by and through counsel have consented to the Modification of the Automatic Stay so that Movant can exercise its rights to under applicable law to take possession and dispose of the Collateral. The Chapter 7 Trustee did not oppose the relief requested, and with no opposition to the relief requested, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified so as to allow the Movant to recover and dispose of the Collateral under the terms of its loan documents and state law requirements and to apply the net proceeds generated therefrom to its secured claim in this case with excess funds, if any, to be turned over to the Chapter 7 Trustee.

[END OF DOCUMENT]

[SIGNATURES ON FOLLOWING PAGE]

ORDERED PREPARED AND SUBMITTED BY:

/s/ Evan M. Altman
Attorney for Movant
Georgia Bar No., 014066
Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, GA 30350
770-394-6466

CONSENTED TO BY:

/s/ James N. Stanley, Esq., by expressed permission to Movant's Attorney
James N. Stanley, Esq.,
State Bar No., 657077_______________
325 S. 9th Street
P.O. Box 185
Griffin, GA 30224
770-228-5760

CONSENTED TO BY:

/s/ Theo Davis Mann, Esq., by expressed permission to Movant's Attorney
Theo Davis Mann, Esq.,
Chapter 7 Trustee
Georgia Bar No., 469150_____________
28 Jackson Street
P. O. Box 310
Newnan, GA 30264-0310
770-253-2222

# DISTRIBUTION LIST

James N. Stanley, Jr., Esq.,
James N. Stanley, Jr. PC
325 S. 9th Street
P. O. Box 185
Griffin, GA 30224

Mr. Jeremy Kane Gross
446 Haris Road
Concord, GA 30206

Theo Davis Mann, Esq.,
Chapter 7 Trustee
28 Jackson Street
P. O. Box 310
Newnan, GA 30264-0310

Evan M. Altman, Esq,
Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, Georgia 30350